IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Cadles of Grassy Meadows II, LLC, as assignee of Federal Deposit Insurance Corporation )<br><br>Plaintiff, )<br><br>v. )<br><br>James F. Brennan )<br><br>Defendant. ) | No. | FILED: JUNE 3, 2008<br>08CV3213        LI<br>JUDGE  PALLMEYER<br>MAGISTRATE JUDGE COLE |

## NOTICE OF FILING

TO:   James F. Brennan
        25 East Superior Street
        Apt. 2805
        Chicago, IL 60611-2589

PLEASE TAKE NOTICE THAT on June 3, 2008, we electronically filed with the Clerk of the District Court for the Northern District of Illinois through the CM/ECF system on behalf of Cadles of Grassy Meadows II, LLC, as assignee of Federal Deposit Insurance Corporation the REGISTRATION OF FOREIGN JUDGMENT, a copy of which is attached hereto and is herewith served upon you.

/s/ Kenneth B. Drost
KENNETH B. DROST
Attorney for Cadles of Grassy Meadows II, LLC, as assignee of Federal Deposit Insurance Corporation

Kenneth B. Drost, P.C.
111 Lions Drive, Suite 206
Barrington, IL 60010
(847) 381-1070
Attorney No. 03123292

## CERTIFICATE OF SERVICE

I, Kenneth B. Drost, an attorney, certify that I served a copy of the foregoing REGISTRATION OF FOREIGN JUDGMENT to the above mentioned parties on June 3, 2008 via U.S. Mail before the hour of 5:00 p.m.

/s/ Kenneth B. Drost
KENNETH B. DROST