## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of
Cadles of Grassy Meadows II, LLC

v.

James F. Brennan

Case Number:

FILED: JUNE 3, 2008
08CV3213        LI
JUDGE   PALLMEYER
MAGISTRATE   JUDGE COLE

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Plaintiff Cadles of Grassy Meadows II, L.L.C.

| NAME (Type or print) |
| --- |
| Kenneth B. Drost |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Kenneth B. Drost |
| FIRM |
| Kenneth B. Drost, P.C. |
| STREET ADDRESS |
| 111 Lions Drive, Suite 206 |
| CITY/STATE/ZIP |
| Barrington, IL  60010 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 03123292 | 847-381-1070 |

| | YES | NO |
| --- | --- | --- |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✔ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✔ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✔ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✔ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐